*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 21, 2016                    106766
_____

THE PEOPLE OF THE STATE OF
     NEW YORK,
                         Respondent,

          v                                MEMORANDUM AND ORDER

LEYDEN GREEN,
                         Appellant.
_____


Calendar Date:   February 23, 2016

Before:  Garry, J.P., Egan Jr., Lynch and Clark, JJ.


_____


          Michael P. Graven, Owego, for appellant, and appellant
pro se.

          Weeden A. Wetmore, District Attorney, Elmira, for
respondent.


_____


          Appeal from a judgment of the County Court of Chemung
County (Hayden, J.), rendered March 24, 2014, convicting
defendant upon his plea of guilty of the crime of criminal sale
of a controlled substance in the third degree.

          In satisfaction of two indictments, defendant pleaded
guilty to criminal sale of a controlled substance in the third
degree pursuant to a plea agreement that contemplated a prison
sentence of three years followed by two years of postrelease
supervision.  Consistent with the agreement, County Court imposed
the agreed-upon sentence, and defendant now appeals.

          Appellate counsel seeks to be relieved of his assignment on
the ground that no nonfrivolous issue can be raised.  Upon our
review of the record, counsel's brief and defendant's pro se

submission, we disagree.  In view of defendant's pro se challenges to, among other matters, the voluntariness of his guilty plea and his claims of ineffective assistance of counsel, "we find that the record reveals the existence of issues that cannot be characterized as wholly frivolous" (People v Cole, 98 AD3d 1144, 1145 [2012]).  Without expressing an opinion as to the ultimate merit of any issue, defense counsel's application to be relieved of his assignment is granted and new counsel will be assigned to address these issues and any others that the record may disclose (see People v Stokes, 95 NY2d 633, 636 [2001]; People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]).

Garry, J.P., Egan Jr., Lynch and Clark, JJ., concur.


ORDERED that the decision is withheld, application to be relieved of assignment granted and new counsel to be assigned.


ENTER:

Robert D. Mayberger
Clerk of the Court